UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CYNTHIA A. WISEMAN**,                              Case No. 14-cv-01432-KI

      Plaintiff,                              JUDGMENT

  v.

**COMMISSIONER OF SOCIAL SECURITY**,

      Defendant.

    Lisa R.J. Porter
    JP Law PC
    5200 SW Meadows Rd., Ste. 150
    Lake Oswego, OR 97035

        Attorney for Plaintiff

    Billy J. Williams
    Acting United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

Daphne Banay
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

      IT IS SO ORDERED.

      DATED this   28th   day of July, 2015.


                                    /s/ Garr M. King
                                Garr M. King
                                United States District Judge